# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williams, Mary Ellen C. | US Court of Federal Claims | 01/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☒ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Suite 612
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Governors | American Bar Association (ABA) (Until August 2013) |
| 2. | Member - Content Advisory Board | ABA Section of Intellectual Property Law |
| 3. | Council Member, Section Delegate | ABA Section of Public Contract Law |
| 4. | Member - Board of Visitors | Duke University School of Law |
| 5. | Adjunct Professor | Johns Hopkins University |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 01/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2013 | Johns Hopkins University | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-employed |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 2/6/2013 - 2/11/2013 | Dallas, TX | ABA Mid-year Meeting | Room / Transportation / Food |
| 2. | ABA | 2/28/2013 - 3/1/2013 | Chicago, IL | ABA BOG Meeting | Room / Transportation / Food |
| 3. | New York Intellectual Property Law Assn. | 3/22/2013 - 3/23/2013 | New York, NY | Annual Dinner in Honor of the Judiciary | Room / Transportation / Food |
| 4. | ABA | 4/19/2013 - 4/21/2013 | Miami, FL | ABA BOG Metting | Room / Transportation / Food |
| 5. | Administrative Office of the Federal Judiciary | 4/22/2013 - 4/24/2013 | Charleston, SC | Patent Litigation Seminar | Room / Transportation / Food |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Williams, Mary Ellen C.** | 01/30/2015 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | ABA | 5/18/2013 - 5/20/2013 | San Francisco, CA | ABA Section of Public Contract Law Representative | Room / Transportation / Food |
| 7. | CEELI Institute | 5/31/2013 - 6/7/2013 | Tunis, Tunisia | CEELI Institute Program, Teaching Judges | Room / Transportation / Food |
| 8. | ABA | 8/7/2013 - 8/14/2013 | San Francisco, CA | ABA Annual Meeting | Room / Transportation / Food |
| 9. | Administrative Office of the Federal Judiciary | 9/9/2013 - 9/13/2013 | Portland, OR | Federal Judicial Center Environmental & Natural Law Seminar | Room / Transportation / Food |
| 10. | ABA | 9/25/2013 - 9/27/2013 | Chicago, IL | ABA SOC meeting | Room / Transportation / Food |
| 11. | ABA | 11/7/2013 - 11/8/2013 | Chicago, IL | ABA IPL meeting | Room / Transportation / Food |
| 12. | ABA | 11/14/2013 - 11/14/2013 | New York, NY | ABA Board Operations & Procedures Meeting | Room / Transportation / Food |
| 13. | Duke University Law School | 11/15/2013 - 11/15/2013 | Durham, NC | Advisory Board meeting | Room / Transportation / Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 01/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 01/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Time Warner Common Stock (TWX) | A | Dividend | J | T | | | | | |
| 2.  Time Warner Cable (TWC) | A | Dividend | J | T | | | | | |
| 3.  AOL | A | Dividend | J | T | | | | | |
| 4.  Abbot Lab Common Stock (ABT) (ABVIE) * | A | Dividend | J | T | | | | | |
| 5.  Wells Fargo Checking | A | Interest | J | T | | | | | |
| 6.  U.S. Savings Bonds | | None | J | T | | | | | |
| 7.  Manulife Fin'l Corp. (MFC) | A | Dividend | K | T | Sold (part) | 04/12/13 | K | A | |
| 8.  Manulife Fin'l Corp. (MFC) | | | | | Sold (part) | 08/15/13 | K | A | |
| 9.  6/10/91 Irrevocable Ins. Trust #1 Beneficiary | | None | N | T | | | | | |
| 10. 6/10/91 Irrevocable Ins. Trust #2 | | None | N | T | | | | | |
| 11. Riversource Variable Universal Life Ins. | | None | M | T | | | | | |
| 12. Riversource Variable Universal Life Ins. | | None | L | T | | | | | |
| 13. Wells Fargo Savings (Y) * | A | Interest | | T | | | | | |
| 14. Wells Fargo (MM) | A | Interest | J | T | | | | | |
| 15. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 16. Fidelity Adv. S/Cap Val-A (FCVAX) | A | Dividend | | T | Sold | 01/17/13 | K | D | |
| 17. Fidelity Adv. Lever Co. Stock-A (FLSAX) | A | Dividend | K | T | Sold | 01/17/13 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 01/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Adv. Lever Co. Stock-A (FLSAX) | A | Dividend | K | T | Buy | 10/29/13 | K | A | |
| 19. Fidelity Adv. Strat Inc. (FSTAX) | A | Interest | | T | Buy | 10/29/13 | K | D | |
| 20. Fidelity Adv. Strat Inc. (FSTAX) | A | Interest | | T | Sold (part) | 01/17/13 | J | A | |
| 21. Fidelity Adv. Strat Inc. (FSTAX) | A | Interest | | T | Sold (part) | 10/29/13 | K | A | |
| 22. Fidelity Adv. Diverse Int'l-A (FDVAX) | A | Dividend | | T | Sold | 01/17/13 | J | A | |
| 23. Fidelity Adv. Stock Sel. Cap Cl. A (FMAMX) | A | Dividend | K | T | | | | | |
| 24. Fidelity Adv. Diverse Int'l-A (FDVAX) | A | Dividend | J | T | | | | | |
| 25. RVS Variable Annuity (IRA) | A | Dividend | N | T | | | | | |
| 26. Eaton Vance Nat'l Muni (EANAX) | A | Interest | K | T | Sold (part) | 01/14/13 | J | A | |
| 27. Eaton Vance Nat'l Muni (EANAX) | A | Interest | J | T | Sold (part) | 02/21/13 | J | A | |
| 28. Eaton Vance Nat'l Muni (EANAX) | A | Interest | J | T | Sold (part) | 04/15/13 | J | A | |
| 29. Ameriprise MM | A | Interest | L | T | | | | | |
| 30. Ameriprise Cash | A | Interest | J | T | | | | | |
| 31. Neuberger Berman Alis. Ret. Multi Mgr. Cl. A (NABAX) | A | Dividend | | T | Sold | 11/18/13 | K | A | |
| 32. Pimco Income Cl. A (PONAX) | D | Interest | M | T | Sold (part) | 01/17/13 | M | A | |
| 33. Pimco Income Cl. A (PONAX) | D | Interest | M | T | Sold (part) | 01/18/13 | M | A | |
| 34. Pimco Income Cl. A (PONAX) | D | Interest | M | T | Sold (part) | 10/28/13 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 01/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Invesco Endeavor (ATDAX) | A | Dividend | K | T | Buy | 01/23/13 | K | D | |
| 36. Invesco Convertible (CNSAX) | A | Dividend | K | T | Buy | 10/28/13 | K | A | |
| 37. First Eagle Overseas Cl. A (SGOVX) | B | Dividend | M | T | Buy | 01/18/13 | M | C | |
| 38. Ivy Micro Cap Growth Cl. A | A | Dividend | K | T | Buy | 10/28/13 | K | B | |
| 39. Managers Yacktman (YAFFX) | A | Dividend | M | T | Buy | 01/18/13 | M | E | |
| 40. Putnam Cap Opp.ys Cl A (PCOAX) | A | Dividend | L | T | Buy | 01/23/13 | K | D | |
| 41. Ridgeworth Aggressive Growth STK Cl A (SAGAX) | A | Dividend | K | T | Buy | 10/28/13 | K | A | |
| 42. Sun America Focu Div Strategy (FDSAX) | A | Dividend | K | T | Buy | 10/28/13 | K | A | |
| 43. Virtus Emerging Markets Opp.y Cl. A. (HEMZX) | A | Dividend | J | T | Buy | 01/18/13 | J | A | |
| 44. Virtus Emerging Markets Opp.y Cl. A. (HEMZX) | A | Dividend | | T | Sold | 10/28/13 | J | A | |
| 45. Wells Fargo Advantage Premier Large Co (EKJAX) | E | Dividend | M | T | Buy | 01/23/13 | M | | |
| 46. Ameriprise (AMP) (X) | A | Dividend | J | T | | | | | |
| 47. DWS Sel Alt (SELAX) | A | Dividend | | T | Sold | 10/28/13 | K | E | |
| 48. DWS Sel Alt (SELAX) | A | Dividend | | T | Buy | 01/18/13 | K | A | |
| 49. Pimco Real Estate (PETAX) | A | Interest | | T | Buy | 01/18/13 | K | A | |
| 50. Pimco Real Estate (PETAX) | A | Interest | | T | Sold | 10/28/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 01/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, #4: The designation was ABT, but the company split on January 2, 2013, and now the designation for this entry is ABVIE.

#13 Wells Fargo Savings was closed in 2013.


Section VII, lines 26-29: Eaton Vance Mutual FDS FLTG (EVBLX) and Eaton Vance Mut'l Fds. Tr. Global Macro Absol. Ret'n

(EAGMX) are no longer listed in the 2013 report as all shares had been sold in 2012. In the 2012 report, the sale was mistakenly

marked as partial when in fact the entire asset was sold. The last of EVBLX was sold on 12/6/12, gain code A; the last of

EAGMX was sold on 5/21/12, gain code A.

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 01/30/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary Ellen C. Williams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544